IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | | |
|---|---|---|
| **KIMBERLY YOUNG,** | ) | |
| | ) | |
| **Plaintiff,** | ) | CIVIL ACTION |
| | ) | |
| v. | ) | No. 18-2481-KHV |
| | ) | |
| **PHYSICIAN OFFICE PARTNERS, INC.,** | ) | |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

## MEMORANDUM AND ORDER

On January 22, 2020, plaintiff requested sanctions stemming from the deposition of defendant's corporate representative, who for lack of preparation required a second deposition. Plaintiff's Motion For Sanctions (Doc. #65).  On February 5, 2020, defendant objected to plaintiff's request.  Defendant's Response In Opposition To Plaintiff's Motion For Sanctions (Doc. #66). On June 10, 2020, U.S. Magistrate Judge Teresa J. James recommended that the Court partially sustain plaintiff's motion.  Report And Recommendation (Doc. #72).  Specifically, Judge James found that defendant had failed to adequately prepare its representative, and that this failure was not substantially justified.  Id. at 9.  As to sanctions, Judge James held that the rates for plaintiff's attorneys were reasonable, but that the Court should reduce the proposed hours.  Id. at 12.  Judge James concluded that at a rate of $300 per hour, plaintiff could recover for the 3.8 hours that Megan L. Stiles spent preparing for the second deposition and the three hours that she spent drafting the motions for sanctions.  Id.  Additionally, at a rate of $450 per hour, plaintiff could recover for the 2.3 hours that Stiles spent conducting the second deposition and 0.4 hours for travel.  Id.  Finally, Judge James held that plaintiff could recover $1,092.60 in costs, for a total of $4,347.60.

Defendant did not object to Judge James' findings. For that reason, and because the Court agrees with her well-reasoned opinion, the Court fully adopts Judge James' Report And Recommendation (Doc. #72).

**IT IS THEREFORE ORDERED** that Plaintiff's Motion For Sanctions (Doc. #65) filed January 22, 2020 is **SUSTAINED in part. The Court fully adopts Judge James' Report And Recommendation (Doc. #72) filed June 10, 2020. By July 14, 2020, defendant must pay plaintiff $4,347.60, and file a certified receipt with the Clerk.**

Dated this 6th day of July, 2020 at Kansas City, Kansas.

s/ Kathryn H. Vratil
KATHRYN H. VRATIL
United States District Judge